**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William B. Shubb                    RE:    **Nishan MINASSIAN**
United States District Judge                   **Docket Number:   2:03CR00096-01**
Sacramento, California                         **RELEASE OF PASSPORT**

Your Honor:

On March 17, 2004, Your Honor sentenced the above noted offender following his plea of guilty to a violation of 18 USC 1347 and 2 - Health Care Fraud, Aiding and Abetting.  He was sentenced to 21 months custody of the Bureau of Prisons and served a 36-month term of supervised released which terminated on October 26, 2008.  Special conditions of supervised release included: Search; financial disclosure; not dispose of assets; and no new credit charges or additional lines of credit.

Mr. Minassian was under the supervision of the United States Pretrial Services from March 11, 2003, to April 19, 2004.   As a condition of pretrial release, Mr. Minassian was ordered to forfeit his passport to the clerk's office.  Mr. Minassian is requesting his passport be returned but the United States District Court Clerk's Office will not return the passport without authorization from the sentencing judge.

Therefore, we are recommending that Your Honor agree to have the United States District Court Clerk's Office release Mr. Minassian's passport to him.

Respectfully submitted,

**/s/Karen A. Meusling**

**KAREN A. MEUSLING**
**Supervising United States Probation Officer**

Dated: June 4, 2009
          Sacramento, California
-------------------------------------------------------------------------------------------------------------------

AGREE: X

DATED:  June 8, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1